UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

TIMOTHY MITCHELL,

                      Defendant.
-------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/21

**ORDER**
20 CR 504 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Wednesday, May 5, 2021, at 12:00 p.m. To join the conference, the parties should dial 1-888-363-4749 and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
       April 29, 2021

                                                KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE