```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

                      - v. -

TIMOTHY MITCHELL,
    a/k/a "Shooter,"

                Defendant.

------------------------------------- x

[PROPOSED] ORDER

S3 20 Cr. 504 (KMW)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 14, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
            October 3, 2022

                                        _____
                                        THE HONORABLE KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK