UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

TIMOTHY MITCHELL,

                Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 504 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/22

KIMBA M. WOOD, District Judge:

        Sentencing currently scheduled for January 11, 2023 at 12:00 p.m. has been moved to 1:00 p.m.

        SO ORDERED.

Dated: New York, New York
       December 7, 2022

                                              _/s/ Kimba M. Wood_
                                              KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE