**QUIJANO ENNIS & SIDERIS**
ATTORNEYS AT LAW
40 FULTON STREET
Floor 23
NEW YORK, NEW YORK 10038
TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/23

Peter Enrique Quijano
Nancy Lee Ennis
Anna N. Sideris

**MEMO ENDORSED**

December 28, 2022

**BY ECF**

Honorable Kimba M. Wood
United States District Judge
for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **U.S. v. TIMOTHY MITCHELL**, 20 Cr. 504 (KMW)

Dear Judge Wood:

Timothy Mitchell is currently scheduled to be sentenced on January 11, 2022, at 4:30 P.M. The purpose of this submission is to respectfully request that Mr. Mitchell's sentencing be continued to January 23rd, 24th or 31st, 2023, at 12:00 P.M or later. The continuance is necessary in order to allow Counsel to obtain outstanding medical and psychological records; and, complete our sentencing submission. Counsel has conferred with the government; and, it is our understanding that the government has no objection to this request. Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

*Sentencing is adjourned to February 8, 2023, at 2:30 p.m. Defendant's submission is due by January 25. Government submission is due by February 1.*

Respectfully submitted,
/s/
Peter Enrique Quijano
Anna N. Sideris

cc: A.U.S.A. Ni Qian (By email and ECF)
    A.U.S.A. Andrew Nen-Wei Chan (By email and ECF)

SO ORDERED: N.Y., N.Y. 1/3/23

*[signature: Kimba M. Wood]*
KIMBA M. WOOD
U.S.D.J.