UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/23

    -against-

TIMOTHY MITCHELL,

                       Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 504 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing currently scheduled for February 8, 2023, is adjourned to February 15, 2023, at 11:30 a.m. Defendant's submission is due by February 1, 2023. Government submission is due by February 8, 2023.

    SO ORDERED.

Dated: New York, New York
       January 25, 2023

                                                          KIMBA M. WOOD
                                                UNITED STATES DISTRICT JUDGE